# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BARBARA J. SWAAB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALM.COM, INC., ) <br> ) <br> Defendant. ) | Case No. 20-cv-11199 <br> Hon. Judith E. Levy <br> Hon. David R. Grand |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Barbara J. Swaab and Defendant Calm.com, Inc. hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted herein, and all imposed sanctions awards, are dismissed with prejudice, with no rights of appeal, and with each party bearing its own costs and fees.

1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| | |
| */s/ Arnold S. Weintraub* | */s/ Zachary C. Kleinsasser* |
| Counsel for Plaintiff Barbara J. Swaab | Counsel for Defendant Calm.com |
| | |
| Arnold S. Weintraub (P222127) | Zachary C. Kleinsasser |
| THE WEINTRAUB GROUP, P.L.C. | Kelly Pesce |
| 18000 W. Nine Mile Road | GREENBERG TRAURIG, LLP |
| Suite 760 | One International Place |
| Southfield, MI 48075 | Boston, MA 02026 |
| (248) 809-2005 | (617) 310-6293 |
| aweintraub@weintraubgroup.com | kleinsasserz@gtlaw.com |
| | pescek@gtlaw.com |
| Robert D. Goldstein (P38298) | |
| HARVEY KRUSE, P.C. | Moheeb H. Murray (P63893) |
| G-9460 S. Saginaw St. | Mahde Y. Abdallah (P80121) |
| Grand Blanc, MI 48439 | BUSH SEYFERTH, PLLC |
| (810) 695-3700 | 100 W. Big Beaver Road, Ste. 400 |
| rgoldstein@harveykruse.com | Troy, MI 48084 |
| | (248) 822-7800 |
| Dated: September 21, 2023 | murray@bsplaw.com |
| | abdallah@bsplaw.com |
| | |
| | Dated: September 21, 2023 |